Stanley W. McKINLEY,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Plaintiff.

No. 60823.

Missouri Court of Appeals,
Eastern District,
Division One.

May 19, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 17, 1992.

Application to Transfer Denied
July 21, 1992.

Cheryl Rafert, Sindel & Sindel, Clayton, David C. Hemingway, St. Louis, for movant, appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent, plaintiff.

ORDER

PER CURIAM.

Movant appeals from an order denying his 24.035 motion on the merits without an evidentiary hearing. The motion court's judgment is based on findings of fact that are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).